O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOLORES HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. ED CV 13-01385 RZ<br><br>JUDGMENT |

　　　　In accordance with the Memorandum Opinion and Order filed concurrently herewith,

　　　　IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

　　　　DATED:　March 5, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE